75,459-01,02

Clerk of the Court,

11/10/15

   To assist in my federal appeal, pro-se, may I please have a copy print-out of the court's docket in my case. Documents that were filed including dates.

   CCA cause no. WR-75,459

   My family was unsuccessful finding this information on your webpage. Unlike the COA websites.

   Please reply to:

   John Galbraith #1473442
   Estelle unit
   264 FM 3478
   Huntsville, TX 77320-3322

RECEIVED IN
COURT OF CRIMINAL APPEALS
NOV 16 2015
Abel Acosta, Clerk

                    Thank you —